IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY KLEIN,

                Plaintiff,                    MEMORANDUM

     v.                                        09-cv-733-bbc

RICK RAEMISCH,
MIKE THURMER and
GARY ANKARLO,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On January 11, 2010, I entered an order giving plaintiff until January 29, 2010 to amend his original complaint because it violated Fed. R. Civ. P. 8.  Now it has come to the court's attention that plaintiff has been transferred to the Milwaukee Secure Detention Facility and may not have received the January 11 order.  In light of plaintiff's recent transfer, I will extend the deadline for him to submit a proposed amended complaint until February 12, 2010.  Also, I will enclose to plaintiff an additional copy of the January 11 order.

1

ORDER

IT IS ORDERED that

1. Plaintiff may have an enlargement of time to February 12, 2010, in which to submit a proposed amended complaint in accordance with the January 11, 2010 order. If, by February 12, 2010, plaintiff fails to respond to this order, the clerk of court is directed to close this case and assess plaintiff a strike under 28 U.S.C. § 1915(g) for filing a complaint that fails to state a claim upon which relief can be granted.

2. If, by February 12, 2010, plaintiff submits a proposed amended complaint as required by the January 11, 2010 order, I will take that complaint under advisement for screening under 28 U.S.C. § 1915.

Entered this 2nd day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge