IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY KLEIN,

                Plaintiff,                      ORDER

      v.                                              09-cv-733-bbc

RICK RAEMISCH,
MIKE THURMER and
GARY ANKARLO,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated January 11, 2010, I dismissed plaintiff's complaint because it violated Fed. R. Civ. P. 8. I gave plaintiff until January 29, 2010, in which to submit a proposed amended complaint that complies with Rule 8. On February 2, 2010, after learning that plaintiff had been transferred to a new institution, I entered an order extending the deadline until February 12, 2010. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case and the assessment of a strike under 28 U.S.C. § 1915(g).

      Plaintiff has not responded to the court's orders. Accordingly, IT IS ORDERED that

1

the clerk of court is to close this case and assess plaintiff a strike under 28 U.S.C. § 1915(g) for filing a complaint that fails to state a claim upon which relief can be granted.

Entered this 19th day of February, 2010.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge