IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY KLEIN,

    Plaintiff,

v.

RICK RAEMISCH, MIKE THURMER
and GARY ANKARLO,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-733-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_         2/19/10
Peter Oppeneer, Clerk of Court         Date